5513 [b]; 5514 [a]). Motion for poor person relief dismissed as academic.

Daniel Hernandez et al., Appellants, v Victor L. Robles, Respondent.

Submitted May 1, 2006; decided May 4, 2006

Motion by Concerned Women for America et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge Rosenblatt taking no part.

Daniel Hernandez et al., Appellants, v Victor L. Robles, Respondent.

Sylvia Samuels et al., Appellants, v New York State Department of Health et al., Respondents.

Submitted May 1, 2006; decided May 4, 2006

Motion by Anti-Defamation League et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

Judge Rosenblatt taking no part.

Daniel Hernandez et al., Appellants, v Victor L. Robles, Respondent.

Sylvia Samuels et al., Appellants, v New York State Department of Health et al., Respondents.

Submitted May 1, 2006; decided May 4, 2006

Motion by NAACP Legal Defense and Educational Fund, Inc. for leave to file a brief amicus curiae on the appeals herein